```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
                            WESTERN DIVISION
```

NICOLE L. WILLIAMS,

    Plaintiff,

vs.                                      No. 09-2334-STA-tmp

BEHAVIORAL SERVICES OF
TENNESSEE, INC., et al.,

    Defendants.

ORDER OF DISMISSAL

       The Court issued an order on March 30, 2010, that stated, in pertinent part, as follows:

> Plaintiff has not signed the original complaint. Rule 11(a) of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." The Rule also states that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." Plaintiff is ORDERED, within thirty (30) days after the date of entry of this order, to file a signed version of her complaint. Failure timely to comply with this requirement will result in the dismissal of the complaint, as amended, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.
>
> Upon receipt of a signed copy of the original complaint, service will issue on Plaintiff's claims against Defendants BSTN and Gonzalez for race and sex discrimination under Title VII and for wrongful discharge.

(Docket Entry 9 at 7-8.) Plaintiff has not filed a signed version of her original complaint, and the time in which to do so has

expired. Therefore, the Court DISMISSES the complaint without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this _28th day of June, 2010.

                                        **s/ S. Thomas Anderson**
                                        S. THOMAS ANDERSON
                                        UNITED STATES DISTRICT JUDGE